IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> KELLY COFFMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANDSTAR EXPRESS AMERICA, INC. ; ) <br> LANDSTAR SYSTEM, INC.; LANDSTAR ) <br> CARRIER SERVICES, INC.; LANDSTAR ) <br> LIGON, INC.; LANDSTAR GEMINI, INC.; ) <br> LANDSTAR RANGER, INC.; LANDSTAR ) <br> INWAY, INC.; SUSAN WRIGHT; LARRY ) <br> LESLIE; DARRELL ENGLE; J & J - BMAR JT ) <br> VENTURE, LLP; J & J - BMAR JOINT ) <br> VENTURE, LLP; JACK FAULK AGENCY; ) <br> BONNIE RIPP D/B/A NVT AGENCY; ) <br> BENNETT INTERNATIONAL GROUP, INC.; ) <br> BENNETT MOTOR EXPRESS, LLC; and ) <br> JOHN DOE CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 4:09CV-45-M |

## ORDER OF DISMISSAL

Upon consideration of the Relator's Notice of Voluntary Dismissal and the United States of America's written consent to such dismissal, and the Court being sufficiently advised,

IT IS ORDERED that the above-styled action is HEREBY DISMISSED, without prejudice.

IT IS FURTHER ORDERED that the Complaint be, and is hereby, unsealed. Aside from the Complaint, all documents filed in this action prior to this Order of Dismissal shall remain under seal. This Order shall not be under seal.

SO ORDERED, this 13th day of November, 2012.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Tendered by:

L. Jay Gilbert
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7103
Fax: (502) 625-7110

cc:   L. Jay Gilbert, AUSA
      Julie K. Bracker (Bothwell Bracker, PC, 304 Macy Drive, Roswell, Georgia 30076)

2